# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE WARREN,<br><br>          Plaintiff,<br><br>    v.<br><br>J. GASTELO, ET AL.,<br><br>          Defendants. | Case No. 2:20-cv-3572-DOC (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO DENY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the attached Report and Recommendation to deny Defendants' motion for summary judgment. Defendants have filed no timely objections, so there are no findings in the Report and Recommendation that require de novo review. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court accepts the Report and Recommendation as filed and enters the following orders accordingly:

1. Defendants' motion for summary judgment is DENIED.
2. Reference to the assigned Magistrate Judge under General Order 05-07 is VACATED. All further proceedings shall take place before the undersigned District Judge.
3. This case is REFERRED to the District's Pro Bono Panel Coordinator for the appointment of counsel to represent Plaintiff at a trial to be scheduled following that appointment.

IT IS SO ORDERED.

DATED:   February 16, 2023

                                                            DAVID O. CARTER<br>
                                                            United States District Judge